UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| BECKY E. GRIFFIN, | ) |
| | ) |
|    *Plaintiff,* | ) |
| | ) Case No: 4:08-cv-10 |
| v. | ) |
| | ) Judge Mattice |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
|    *Defendant.* | ) |

## ORDER

Before the Court is Defendant's Motion for Summary Judgment [Court Doc. 15] and Plaintiff's Motion for Judgment on the Pleadings [Court Doc. 13]. Magistrate Judge Carter issued a Report and Recommendation on January 6, 2009 recommending Defendant's Motion Summary Judgment be granted, Plaintiff's Motion for Judgment on the Pleadings be denied and that this case be dismissed. [Court Doc. 17.] No objections were filed within ten (10) days of service of this recommended disposition. Thus, this report and recommendation is ripe for review.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendation in his R&R. [Court Doc. 17.] The Court further **AFFIRMS** the Commissioner's decision. Defendant's Motion for Summary Judgment [Court Doc. 15] is **GRANTED**, Plaintiff's Motion for Judgment on the Pleadings [Court Doc. 13] is **DENIED**, and this case is hereby **DISMISSED WITH PREJUDICE** .

The Clerk is directed to close the file in this case.

SO ORDERED this 28th day of January, 2009.

                                                          */s/Harry S. Mattice, Jr.*
                                                          HARRY S. MATTICE, JR.
                                                      UNITED STATES DISTRICT JUDGE